FILED
2026 Nov-09 AM 08:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JEFFERSON MASON BAKER** | ) | **Case No. 2:25-cr-450-MHH-HNJ-2** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**MEMORANDUM OPINION**

On August 5, 2025, a grand jury indicted Jeffery Mason Baker and his co-defendants on drug trafficking charges. (Doc. 13). Mr. Baker was indicted for conspiracy to distribute cocaine in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), and (b)(1)(B), possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), using a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A), and operating in air transportation without an airman's certificate in violation of 49 U.S.C. § 4617(a)(1), (b)(2), and (b)(3). (Doc. 13).

On July 20, 2026, pursuant to a plea agreement, Mr. Baker pleaded guilty to conspiracy to distribute cocaine, possession with intent to distribute cocaine, and using a firearm in furtherance of a drug trafficking crime. (Doc. 66; *see* Minute Entry 7/20/26). Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 636, Magistrate

Judge Cornelius presided over Mr. Baker's change of plea hearing. (Minute Entry 7/20/26; Doc. 73).

On July 22, 2026, Judge Cornelius entered a report in which she recommended that the Court accept Mr. Baker's guilty plea and impose an appropriate sentence. (Doc. 73). Judge Cornelius notified Mr. Baker that he had 14 days to file objections to her report. (Doc. 73, p. 2). To date, the Court has not received objections.

Accordingly, the Court adopts the report and accepts Judge Cornelius's recommendation. Consistent with that recommendation, the Court accepts Mr. Baker's guilty plea. Consistent with this Court's text order entered on August 4, 2026, the Court will hold Mr. Baker's sentencing hearing on November 10, 2026, at 2:00 p.m. in Courtroom 4B of the Hugo L. Black Courthouse. (*See* Doc. 75).

**DONE** and **ORDERED** this November 6, 2026.

Madeline H. Haikala

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE